**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSE LANDA
and GARLAN SUPERMARKET, INC.,  :  08 Civ. 5830

                Plaintiffs,  :  **STIPULATION AND**
                                  **ORDER OF STAY OF**
     - against -  :  **DISQUALIFICATION**

UNITED STATES DEPARTMENT OF  :
AGRICULTURE, FOOD AND CONSUMER
SERVICE,  :

                Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on June 26, 2008, plaintiffs Jose Landa and Garlan Supermarket, Inc., notified defendant United States Department of Agriculture, Food and Nutrition Service, of their intent to apply for temporary relief enjoining defendant from carrying out its determination to disqualify plaintiffs from participating in the Food Stamp Program for a period of two years, effective June 30, 2008;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by their respective counsel, that the disqualification is stayed until July 30, 2008.

                                CODELIA & SOCORRO, P.C.
                                Attorneys for Plaintiffs

Dated: Bronx, New York    By: _____
       June 27, 2008             PETER R. SHIPMAN, ESQ.
                                1967 Turnbull Avenue, Suite 6
                                Bronx, New York 10473
                                Telephone: (718) 931-2575
                                Facsimile: (718) 931-1121
                                Email: ecodeliapc@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

Dated: New York, New York          By: _____
       June 27, 2008                    JOSEPH N. CORDARO
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2745
                                        Facsimile:  (212) 637-2686
                                        Email: joseph.cordaro@usdoj.gov

SO ORDERED.

Dated: New York, New York
       July 3, 2008

_____
United States District Judge

2