UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOSE LANDA
and GARLAN SUPERMARKET, INC.,   :   08 Civ. 5830 (BSJ) (DFE)
                                    ECF Case
            Plaintiffs,         :

      - against -               :   STIPULATION AND ORDER
                                    OF SUBSTITUTION AND
UNITED STATES DEPARTMENT OF     :   STAY OF DISQUALIFICATION
AGRICULTURE, FOOD AND CONSUMER
SERVICE,                        :

            Defendant.          :
------------------------------------- x

WHEREAS, on or about June 27, 2008, plaintiffs Jose Landa and Garlan Supermarket, Inc., filed a complaint against defendant United States Department of Agriculture, Food and Consumer Service (the "USDA"), to challenge a determination by the USDA to disqualify Garlan Supermarket, Inc., from participation in the Supplemental Nutrition Assistance Program (formerly known as the "Food Stamp Program") for two years; and

WHEREAS, the parties entered into a stipulation, so-ordered by the Court on July 3, 2008, staying the disqualification until July 30, 2008;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by their respective counsel, as follows:

1. Pursuant to 7 U.S.C. § 2023(a)(13), the United States of America shall be substituted as the defendant in this action in place of the USDA. The parties agree that the USDA shall be dismissed with prejudice and without costs or attorneys' fees to any party. The caption of this action shall be amended accordingly.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/08

2. The stay of disqualification shall remain in effect up to, and including, September 2, 2008.

| | |
|---|---|
| Dated: Bronx, New York<br>August _____, 2008 | Dated: New York, New York<br>August _1_, 2008 |
| CODELIA & SOCORRO, P.C.<br>Attorneys for Plaintiffs | MICHAEL J. GARCIA<br>United States Attorney for the<br>Southern District of New York<br>Attorney for Defendant |
| By: /s/ Peter R. Shipman<br>PETER R. SHIPMAN, ESQ.<br>1967 Turnbull Avenue, Suite 6<br>Bronx, New York 10473<br>Telephone: (718) 931-2575<br>Facsimile: (718) 931-1121<br>Email: ecodeliapc@aol.com | By: /s/ Joseph N. Cordaro<br>JOSEPH N. CORDARO<br>Assistant United States Attorney<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Telephone: (212) 637-2745<br>Facsimile: (212) 637-2686<br>Email: joseph.cordaro@usdoj.gov |

SO ORDERED.

Dated: New York, New York
August _5_, 2008

_____
THE HONORABLE BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

2