UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSE LANDA and
GARLAN SUPERMARKET, INC.,           :        08 Civ. 5830 (BSJ) (DFE)
                                             ECF Case
         Plaintiffs,         :

   - against -                       :        **NOTICE OF APPEARANCE**

UNITED STATES OF AMERICA,           :        Electronically Filed

         Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to enter his appearance in this case on behalf of Defendant, and to add the undersigned as a Lead Attorney to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       August 7, 2008

                                         Respectfully submitted,

                                         MICHAEL J. GARCIA
                                         United States Attorney for the
                                         Southern District of New York
                                         Attorney for Defendant


                       By:      s/ Joseph N. Cordaro
                             JOSEPH N. CORDARO
                             Assistant United States Attorney
                             86 Chambers Street, 3rd Floor
                             New York, New York 10007
                             Telephone: (212) 637-2745
                             Facsimile:  (212) 637-2686
                             Email: joseph.cordaro@usdoj.gov