03/03/2008 09:03   7189311121 



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSE LANDA
and GARLAN SUPERMARKET, INC.,         :   08 Civ. 5830 (BSJ) (DFE)
                                          ECF Case
                Plaintiffs,           :

     - against -                      :   STIPULATION AND ORDER
                                          OF STAY OF DISQUALIFICATION
UNITED STATES OF AMERICA,             :

                Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   WHEREAS, on or about June 27, 2008, plaintiffs Jose Landa and Garlan Supermarket, Inc., filed this action pursuant to 7 U.S.C. § 2023(a)(13) to challenge a determination by the United States Department of Agriculture, Food and Nutrition Service, to disqualify Garlan Supermarket, Inc., from participation in the Supplemental Nutrition Assistance Program (formerly known as the "Food Stamp Program") for two years; and

   WHEREAS, the parties entered into a stipulation, so-ordered by the Court on August 5, 2008, staying the disqualification until September 2, 2008; and

   WHEREAS, the parties wish to extend the stay of disqualification for an additional 45 days;

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by their respective counsel, as follows:



SEP-03-2008 10:23     7189311121           97%          P.02

09/03/2008  09:09   7189311121                                                    PAGE  03/03

1. The stay of disqualification shall remain in effect up to, and including October 17, 2008.

Dated: Bronx, New York
      September _____, 2008

CODELIA & SOCORRO, P.C.
Attorneys for Plaintiffs

By: /s/ Peter R. Shipman
PETER R. SHIPMAN, ESQ.
1967 Turnbull Avenue, Suite 6
Bronx, New York 10473
Telephone: (718) 931-2575
Facsimile: (718) 931-1121
Email: ecodeliapc@aol.com

Dated: New York, New York
      September 2, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: /s/ Joseph N. Cordaro
JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

SO ORDERED.

Dated: New York, New York
      September 4, 2008

/s/ Douglas F. Eaton
THE HONORABLE DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE

2

SEP-03-2008  10:23        7189311121              97%              P.03